IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WALTER ROBERTSON,

    Plaintiff,

    v.                                                    No. CV 07-0565 JH/CEG

WEXFORD HEALTH SOURCES,
INC.; FNU BREEN, M.D; THE GEO
GROUP, INC.; and CORRECTIONAL
MEDICAL SERVICES, INC.,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on May 5, 2008 (Doc. 86). The proposed findings notify Plaintiff of his ability to file objections and that failure to do so waives appellate review. To date, Plaintiff has not filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

IT IS HEREBY ORDERED THAT:

1)    Dr. Breen and Wexford's motion for summary judgment (Doc. 79) is granted;

2)    Plaintiff's motion for declaratory judgment (Doc. 55) is denied; and

3)    Plaintiff's claims against Dr. Breen, Wexford, and CMS are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE